United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| AUL, LLC, | ) | Case No.: C 12-5648 PSG |
|---|---|---|
| Plaintiff, | ) | **STANDBY ORDER TO SHOW CAUSE** |
| v. | ) | |
| AULTEC, INC., et al, | ) | |
| Defendants. | ) | |

The court understands that the parties have reached a settlement.  Accordingly,

IT IS HEREBY ORDERED that the parties shall submit a stipulation to dismiss the case no later than February 15, 2013.

IT IS FURTHER ORDERED that if the parties do not file a stipulation to dismiss the case by the above-listed date, the parties shall appear before the court on Tuesday, March 5, 2013 at 2 p.m. to show cause why the case should not be dismissed.

Dated: January 16, 2013

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER