1  HARVEY SISKIND LLP
   LAWRENCE J. SISKIND (State Bar No. 85628)
2  DONALD A. THOMPSON (State Bar No. 260076)
   Four Embarcadero Center, 39th Floor
3  San Francisco, California 94111
4  Telephone:  (415) 354-0100
   Facsimile:  (415) 391-7124
5  siskind@harveysiskind.com
   dthompson@harveysiskind.com
6
7  Attorneys for Plaintiff AUL, L.L.C.

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11 | AUL, L.L.C., a Nevada limited liability | Case No.: CV12-05648 PSG
   | company,
12 |              Plaintiff,
13 | vs.                                    | **NOTICE OF DISMISSAL**
14 |
   | AULTEC, INC., an Ohio corporation;
15 | AUTOUPLINK TECHNOLOGY, INC., an
   | Ohio corporation; AUTOUPLINK
16 | TECHNOLOGIES, INC.; an Ohio
   | corporation; and DOES 1-25,
17 |
18 |              Defendants.

19
20     Plaintiff AUL, L.L.C. hereby dismisses the above-captioned action with prejudice pursuant to
21 Federal Rule of Civil Procedure 41(a)(1)(A)(i).
22 Dated:  February 19, 2013                    Respectfully submitted,
23
                                                HARVEY SISKIND LLP
                                                LAWRENCE J. SISKIND
24                                              DONALD A. THOMPSON
25
                                                By: _/s/ Lawrence J. Siskind_
26                                                   Lawrence J. Siskind
27
                                                Attorneys for Plaintiff AUL, L.L.C.
28

-1-
NOTICE OF DISMISSAL